KAREN P. HEWITT
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
PETER THOMPSON, SBN HI 5890
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8959
    Facsimile: (415) 744-0134
    E-Mail: peter.thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ALESANDRELLI, ) | CIVIL NO. 08-00004-BTM-POR |
| Plaintiff, ) | |
| v. ) | NOTICE OF APPEARANCE |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

      PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby notifies Plaintiff and this Court that the following Special Assistant U.S. Attorney will appear as counsel of record in the above-captioned case:

///

///

Peter Thompson
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8959
Facsimile:  (415) 744-0134
E-Mail: peter.thompson@ssa.gov

                        Respectfully submitted,

DATED: February 11, 2008      KAREN P. HEWITT
                                      United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        <u>/s/ Peter Thompson</u>
                                        PETER THOMPSON
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant